IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHRISTINE COX, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>MARLBORO-CHESTERFIELD PATHOLOGY, P.C.,<br>                Defendant. | Case No.: 1:25-CV-00442-TDS-LPA |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Christine Cox ("Plaintiff"), by and through undersigned counsel, hereby give notice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant, Marlboro-Chesterfield Pathology, P.C., ("Defendant"). Defendant has not served an answer or motion for summary judgment in this action. Furthermore, Plaintiffs have not previously dismissed any federal or state court action based on or including the same claims. Accordingly, Plaintiffs notice voluntary dismissal of this action, without prejudice.

Dated: June 26, 2025                          Respectfully submitted,

                                                                          <u>By: /s/ Ryan Valente</u>
                                                                          Ryan Valente ( Bar ID No: 40140)
                                                                          Paul J. Doolittle*
                                                                          **POULIN | WILLEY | ANASTOPOULO, LLC**
                                                                          32 Ann Street
                                                                          Charleston, SC 29403
                                                                          Telephone: (803) 222-2222
                                                                          E-mail: teamvalente@poulinwilley.com
                                                                          paul.doolittle@poulinwilley.com

cmad@poulinwilley.com

*Attorneys for Plaintiff*